**MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS**

U.S.A. v. Samson Omoniyi , No. 3:24-cr-197-1

**ATTORNEY FOR GOVERNMENT:** Carrie Daughtrey

**ATTORNEY FOR DEFENDANT:** Ben Perry                    AFPD (Panel)  Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Tiana Rock

**INTERPRETER NEEDED?**  YES (NO)  **LANGUAGE/INTERPRETER:** _____
☐ PRESENT          ☐ ON TELEPHONE

☐ **Defendant consents to IA and** ☐ **All future hearings before the Magistrate Judge by video conference.**

☑ **INITIAL APPEARANCE** ☐ **ON A SUMMONS** ☑ **ARRESTED ON:** 11.20.24
    DEFENDANT HAS A COPY OF:
    ☐ Complaint ☑ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
    ☑ Defendant advised of the charges and the maximum penalties ☐ Defendant has a copy of notice of rights
    ☑ Defendant advised of right to counsel          ☐ Counsel retained
    ☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed     ☑ FPD Appointed
    ☑ Defendant advised of right to silence          ☐ Defendant advised of right to **Consular notification**
    ☑ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
    ☐ Defendant advised of right to preliminary hearing          ☐ Defendant waived preliminary hearing
    ☐ Defendant waived rights under IAD          ☐ Defendant to be returned to State custody
    ☑ Government motion for detention          ☐ Defendant temporarily detained
    ☑ Defendant waived detention hearing          ☐ ICE detainer on defendant
    ☑ Defendant reserved right to hearing in future
    ☑ Defendant to remain in Federal custody
    ☐ Defendant remain on current conditions of supervised release
    ☐ Defendant ordered to psychological/psychiatric evaluation
    ☐ Defendant released on:
          ☐ Own recognizance with conditions of release   ☐ standard   ☐ special
          ☐ Appearance bond in the amount of: _____
          ☐ Property bond [description of property]:_____
    ☐ **RULE 5** - Defendant advised of right to identity hearing          ☐ Defendant waived identity hearing
    ☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
    ☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
    ☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:**_____

☐ **GRAND JURY WAIVED IN OPEN COURT**     **[Defendant sworn and advised of rights by Court]**
☑ **ARRAIGNMENT**
    ☑ Defendant acknowledges he/she has copy of Indictment/Information  ☐ Court advised Def. of penalties
    ☑ Defendant waives reading thereof          ☐ Indictment/Information read to defendant by Judge
    **PLEA:** ☐ **GUILTY**  ☑ **NOT GUILTY**  ☐ Defendant intends to plead guilty and case referred to DJ

DATE: 12.13.24          **TOTAL TIME:** 8 minutes
BEGIN TIME: 1:34 p.m.          **END TIME:** 1:42 p.m.
*Digitally Recorded* ✓
***VIDEO CONFERENCE*** ✓          Page 1 of 1
Form Revised 2/9/2018