UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:24-cr-00197 |
| | ) | |
| SAMSON A. OMONIYI, et al. | ) | JUDGE CRENSHAW |

## GOVERNMENT'S MOTION TO SUBSTITUTE COUNSEL

The United States of America, by and through Robert E. McGuire, Acting United States Attorney, and the undersigned, hereby moves this Court to substitute Assistant United States Attorney Nani M. Gilkerson in place of Assistant United States Attorney S. Carran Daughtrey as lead attorney of record for the Government in this case.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney

By: **_s/Nani M. Gilkerson_**
Nani M. Gilkerson
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151